IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket No. 1:19CR00024-009 |
| vs. ) | |
| ) | |
| Amal Mahepaul Balmacoon ) | |

## ORDER EXTENDING THE INITIAL DISCLOSURE OF THE PRESENTENCE INVESTIGATION REPORT

The date for disclosure of the Initial Presentence Report is March 30, 2023.

_March 20, 2023_
Date

_Michael R. Barrett_
The Honorable Michael R. Barrett
United States District Court Judge